United States District Court
Southern District of Texas
**ENTERED**
October 18, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANGEL AGUIRRE, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:17-1334 |
| | § | |
| CATHOLIC HEALTH INITIATIVES, INC., | § | |
|     Defendant. | § | |

## ORDER

Pending before the Court is a "Joint Stipulation of Dismissal" [Doc. # 34] filed by Plaintiff Angel Aguirre and Defendant Catholic Health Initiatives, Inc.  It is hereby

**ORDERED** that the case is **DISMISSED with prejudice** to all of Plaintiff Angel Aguirre's claims against Defendant Catholic Health Initiatives, Inc. in this case.  The parties will bear their own costs

SIGNED at Houston, Texas, this 18th day of **October, 2018**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE